UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | No. 2:15-cv-2421 CKD P |
| Plaintiff, | |
| v. | ORDER |
| KAMALA D. HARRIS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff asks that the undersigned recuse. Because plaintiff fails to identify and valid reason for recusal, see 28 U.S.C. § 455, his request (ECF No. 11) is denied.

Dated: February 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pier2421.recu